**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00240-REB-BNB

ZACH GEIGER,
ROBERT ABELARDO,
ADAM GOLDSTEIN, and
RYAN KING,

    Plaintiffs,

v.

Z-ULTIMATE SELF DEFENSE STUDIOS, LLC, a California limited liability company,
PAUL TAYLOR, individually, and in his capacity as owner, partner, and corporate officer,
KRIS ESZLINGER, individually, and in his capacity as owner, partner, and corporate officer,
FRANK LEY, individually and in his capacity as owner, partner, and corporate officer,
HANS PROSCH, individually, and in his capacity as owner, partner, and corporate officer,
MASTERS UNITED 11, LLC, an Arizona limited liability company d/b/a Z-Ultimate Self Defense Studios,
KATA 7, LLC, an Arizona limited liability company b/a/a Z-Ultimate Self Defense Studios,
Z-ULTIMATE MARTIAL ARTS SUPPLIES LLC, a California limited liability company,
Z-ULTIMATE SPECIALIZED ACCOUNTING LLC, a California limited liability company,
Z-ULTIMATE UNIVERSITY OF MARTIAL ARTS PROFESSIONALS LLC, a California limited liability company,
Z-ULTIMATE SELF DEFENSE STUDIOS,
MASTERS UNITED I, LLC, a California limited liability company, d/b/a Z-Ultimate Self Defense Studios,
MASTERS UNITED 12 LLC,
MASTERS UNITED 111 LLC, a California limited liability company d/b/a Z-Ultimate Self Defense Studios,
MASTERS UNITED V LLC, a California limited liability company d/b/a Z-Ultimate Self Defense Studios,
Z-ULTIMATE EVENTS LLC, a Colorado limited liability company,
A L MARTIAL ARTS, INC., a Colorado corporation d/b/a Z-Ultimate Self Defense Studios,
WLC MANAGEMENT, INC., a Colorado corporation d/b/a Z-Ultimate Self Defense Studios,
MASTERS UNITED VI LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,

MASTERS UNITED 8 LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
MASTERS UNITED 15 LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - BROOMFIELD LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - CASTLE ROCK LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - CENTENNIAL LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - CHICAGO #4 LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - COLORADO SPRINGS 1 LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - DENVER LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - DENVER SOUTH LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - FORT COLLINS LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - GLENVIEW LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - HIGHLANDS RANCH LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - HIGHLANDS RANCH 2 LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - KANSAS CITY #3 LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - KANSAS CITY 1 LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - KANSAS CITY #4 LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - KEN CARYLE LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - LAFAYETTE LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - LAKEWOOD LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - LEAWOOD LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - LITTLETON LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - LONGMONT LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - OLATHE LLC, a Colorado limited liability company d/b/a Z-

Ultimate Self Defense Studios,
UNITED PARTNERS - OVERLAND PARK NORTH LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - OVERLAND PARK SOUTH LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - PARKER LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - SKOKIE LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - SMOKEY HILL LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - THORNTON LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - WEST ARVADA LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - WESTMINSTER LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
UNITED PARTNERS - WHEAT RIDGE LLC, a Colorado limited liability company d/b/a Z-Ultimate Self Defense Studios,
Z-ULTIMATE COLORADO SPRINGS, a Colorado business,
Z-ULTIMATE DENVER, a Colorado business,
Z-ULTIMATE HIGHLANDS RANCH EAST, a Colorado business,
Z-ULTIMATE PARKER, a Colorado business,
Z-ULTIMATE SMOKEY HILLS, a Colorado business, and
WILLIAM CLARK, individually and in his capacity as owner, partner and corporate officer,

     Defendants.

_____

## MINUTE ORDER[1]
_____

     The matter is before the court on **Plaintiff's Notice of Withdrawal of Motion For Conditional Action Certification and Notice Approval** [#40][2] filed July 10, 2014. After reviewing the notice and the record, the court has concluded that the notice should be approved and that **Plaintiffs' Motion For Conditional Collective Action**

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#40]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**Certification and Notice Approval** [#34] filed June 27, 2014, should be withdrawn.

     **THEREFORE, IT IS ORDERED** as follows:
     1.  That **Plaintiff's Notice of Withdrawal of Motion For Conditional Action Certification and Notice Approval** [#40] filed July 10, 2014, is **APPROVED**; and

     2.  That **Plaintiffs' Motion For Conditional Collective Action Certification and Notice Approval** [#34] filed June 27, 2014, is **WITHDRAWN**.

     Dated:  July 11, 2014