IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00240-REB-BNB

**GEIGER et al**,

    Plaintiffs,

v.

**Z-ULTIMATE SELF DEFENSE STUDIOS LLC et al**,

    Defendants.

---

## ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS ORDERED that, at the conclusion of the hearing on October 3, 2014, parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 6th day of October, 2014

BY THE COURT:

_____
Boyd N. Boland, Magistrate Judge

_____        _____
Attorney for ~~Plaintiffs~~                                Attorney for ~~Defendants~~
    Defendants                                              Plaintiffs