IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:           December 5, 2014

Deputy Clerk:      Kathleen Finney
Court Reporter:    Tamara Hoffschildt

**Civil Action No.  14-cv-00240-REB-BNB**

*Parties:*                                      *Counsel:*

ZACH GEIGER, an individual, et al               Christopher Barr Devlin
                                                Coren Ray Hinkle
        Plaintiffs,

v.

Z-ULTIMATE SELF DEFENSE                         John Patrick Glenn
STUDIOS LLC, a California limited
liability company, et al

        Defendants.

## COURTROOM MINUTES

**Motion #86.**

**3:16 p.m.     Court in session.**

Appearances of counsel.

Opening statements by the court.

The matter before the court is the Plaintiffs' Motion for Temporary Restraining Order [#86] filed November 17, 2014, the Opposition to Motion for Temporary Restraining Order; Declarations [#91] filed November 24, 2014, and the Plaintiffs' Reply to Defendants Opposition to Motion for Temporary Restraining Order [#92] filed December 2, 2014.

3:19 p.m.     Plaintiff, Robert Abelardo, called and sworn.

Direct examination by Mr. Davlin.

3:30 p.m.    Cross examination by Mr. Glenn.

Excerpts of video (on defendant's laptop) played for the witness.

**3:59 p.m.    Court in recess.**

**4:05 p.m.    Court in session.**

Redirect examination by Mr. Davlin.

4:11 p.m.    Examination by the court.

4:13 p.m.    Plaintiff is excused from the witness stand.

Defendant, William Clark, called and sworn.

4:14 p.m.    Direct examination by Mr. Glenn.

4:25 p.m.    Cross examination by Mr. Davlin.

4:29 p.m.    Examination by the court.

4:30 p.m.    Defendant is excused from the witness stand.

Defendants' witness, Emily Clark, called and sworn.

4:31 p.m.    Direct examination by Mr. Glenn.

4:33 p.m.    Cross examination by Mr. Davlin.

4:35 p.m.    Redirect examination by Mr. Glenn.

4:37 p.m.    Witness is excused.

4:37 p.m.    Argument by Mr. Davlin.

4:46 p.m.    Argument by Mr. Glenn

5:00 p.m.    Rebuttal argument by Mr. Davlin.

The court takes this matter under advisement, and will enter a written ruling as soon as practicable.

**5:01 p.m.    Court in recess.**

Total time in court:   01:39

Hearing concluded**.**