IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00240-REB-BNB

ZACH GEIGER,
ROBERT ABELARDO,
ADAM GOLDSTEIN, and
RYAN KING,

      Plaintiffs,

v.

Z-ULTIMATE SELF DEFENSE STUDIOS, LLC, a California limited liability company,
PAUL TAYLOR, individually, and in his capacity as owner, partner, and corporate officer,
WILLIAM CLARK, individually and in his capacity as owner, partner, and corporate officer,
KRIS ESZLINGER, individually, and in his capacity as owner, partner, and corporate officer,
FRANK LEY, individually and in his capacity as owner, partner, and corporate officer,
HANS PROSCH, individually, and in his capacity as owner, partner, and corporate officer,
MASTERS UNITED III LLC, dba Z-Ultimate Self Defense Studios, an Arizona limited liability company,
MASTERS UNITED 11, LLC, an Arizona limited liability company d/b/a Z-Ultimate Self Defense Studios,
KATA 7, LLC, an Arizona limited liability company b/a/a Z-Ultimate Self Defense Studios,
Z-ULTIMATE MARTIAL ARTS SUPPLIES LLC, a California limited liability company,
Z-ULTIMATE SPECIALIZED ACCOUNTING LLC, a California limited liability company,
Z-ULTIMATE UNIVERSITY OF MARTIAL ARTS PROFESSIONALS LLC, a California limited liability company,
MASTERS UNITED I, LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,
MASTERS UNITED 12 LLC,
MASTERS UNITED 111 LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company
MASTERS UNITED V LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company
 Z-ULTIMATE EVENTS LLC, a Colorado limited liability company,
A L MARTIAL ARTS, INC.,  d/b/a Z-Ultimate Self Defense Studios,a Colorado corporation
WLC MANAGEMENT, INC.,  d/b/a Z-Ultimate Self Defense Studios, a Colorado corporation
MASTERS UNITED VI LLC, d/b/a Z-Ultimate Self Defense Studios, a Colorado limited liability company
MASTERS UNITED 8 LLC, d/b/a Z-Ultimate Self Defense Studios, a Colorado limited liability company
MASTERS UNITED 15 LLC, d/b/a Z-Ultimate Self Defense Studios, a Colorado limited liability company

UNITED PARTNERS - BROOMFIELD LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company
 UNITED PARTNERS - CASTLE ROCK LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company
 UNITED PARTNERS - CENTENNIAL LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company
UNITED PARTNERS - CHICAGO #2 d/b/a Z-Ultimate Self Defense Studios, a Colorado
limited liability company,
UNITED PARTNERS - CHICAGO #4 LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
UNITED PARTNERS - COLORADO SPRINGS 1 LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
UNITED PARTNERS - COLORADO #1 LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
UNITED PARTNERS - COLORADO #2 LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
UNITED PARTNERS - COLORADO #3 LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
UNITED PARTNERS - COLORADO #4, LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
UNITED PARTNERS - DENVER LLC, d/b/a Z-Ultimate Self Defense Studios, a Colorado
limited liability company,
UNITED PARTNERS - DENVER SOUTH LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
UNITED PARTNERS - FORT COLLINS LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
UNITED PARTNERS - GLENVIEW LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
UNITED PARTNERS - HIGHLANDS RANCH LLC, d/b/a Z-Ultimate Self Defense Studios, a
Colorado limited liability company,
UNITED PARTNERS - HIGHLANDS RANCH 2 LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
UNITED PARTNERS - KANSAS CITY #3 LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
UNITED PARTNERS - KANSAS CITY 1 LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
UNITED PARTNERS - KANSAS CITY #4 LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
UNITED PARTNERS - KEN CARYLE LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
UNITED PARTNERS - LAFAYETTE LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
UNITED PARTNERS - LAKEWOOD LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,

2

UNITED PARTNERS - LEAWOOD LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
UNITED PARTNERS - LITTLETON LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
UNITED PARTNERS - LONGMONT LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
UNITED PARTNERS - OLATHE LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
UNITED PARTNERS - OVERLAND PARK NORTH LLC, d/b/a Z-Ultimate Self Defense
Studios, a Colorado limited liability company,
UNITED PARTNERS - OVERLAND PARK SOUTH LLC, d/b/a Z-Ultimate Self Defense
Studios, a Colorado limited liability company,
UNITED PARTNERS - PARKER LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
UNITED PARTNERS - SKOKIE LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
UNITED PARTNERS - SMOKEY HILL LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
UNITED PARTNERS - THORNTON LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
UNITED PARTNERS - WEST ARVADA LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
UNITED PARTNERS - WESTMINSTER LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
UNITED PARTNERS - WHEAT RIDGE LLC, d/b/a Z-Ultimate Self Defense Studios,
a Colorado limited liability company,
Z-ULTIMATE COLORADO SPRINGS, a Colorado business,
Z-ULTIMATE DENVER, a Colorado business,
Z-ULTIMATE HIGHLANDS RANCH EAST, a Colorado business,
Z-ULTIMATE PARKER, a Colorado business,
Z-ULTIMATE SMOKEY HILLS, a Colorado business,
UNITED PARTNERS - LAYTON LLC, d/b/a Z-Ultimate Self Defense Studios, a Utah limited
liability company,
UNITED PARTNERS - SANDY LLC, d/b/a Z-Ultimate Self Defense Studios, a Utah limited
liability company,
UNITED PARTNERS - SOUTH JORDAN LLC, d/b/a Z-Ultimate Self Defense Studios,
a Utah limited liability company,
UNITED PARTNERS - SOUTH OGDEN, LLC, d/b/a Z-Ultimate Self Defense Studios,
a Utah limited liability company,
UNITED PARTNERS - UTAH LLC, d/b/a Z-Ultimate Self Defense Studios, a Utah limited
liability company,
UNITED PARTNERS - WEST JORDAN LLC, d/b/a Z-Ultimate Self Defense Studios,
a Utah limited liability company,
UNITED PARTNERS - CHANDLER LLC, d/b/a Z-Ultimate Self Defense Studios, an Arizona

limited liability company,
UNITED PARTNERS - SCOTTSDALE LLC, d/b/a Z-Ultimate Self Defense Studios,
an Arizona limited liability company,
UNITED PARTNERS - GRAYHAWK LLC, d/b/a Z-Ultimate Self Defense Studios,        an
Arizona limited liability company,
UNITED PARTNERS - SCOTTSDALE 2 LLC, d/b/a Z-Ultimate Self Defense Studios, an
Arizona limited liability company,
UNITED PARTNERS - TEMPE LLC, d/b/a Z-Ultimate Self Defense Studios, an Arizona
limited liability company,
UNITED PARTNERS - BALLARD LLC, d/b/a Z-Ultimate Self Defense Studios, a Washington
limited liability company,
UNITED PARTNERS - BELLEVUE LLC, d/b/a Z-Ultimate Self Defense Studios, a
Washington limited liability company,
UNITED PARTNERS - KENT LLC, d/b/a Z-Ultimate Self Defense Studios, a Washington
limited liability company,
UNITED PARTNERS - KIRKLAND LLC, d/b/a Z-Ultimate Self Defense Studios, a
Washington limited liability company,
UNITED PARTNERS - MERCER LLC, d/b/a Z-Ultimate Self Defense Studios, a Washington
limited liability company,
UNITED PARTNERS - MILL CREEK LLC, d/b/a Z-Ultimate Self Defense Studios, a
Washington limited liability company,
UNITED PARTNERS - REDMOND LLC, d/b/a Z-Ultimate Self Defense Studios, a Washington
limited liability company,
UNITED PARTNERS - AGOURA HILLS LLC d/b/a Z-Ultimate Self Defense Studios, a
California limited liability company,
UNITED PARTNERS - ANAHEIM HILLS LLC, d/b/a Z-Ultimate Self Defense Studios, a
California limited liability company,
UNITED PARTNERS - BRANFORD LLC, d/b/a Z-Ultimate Self Defense Studios, a California
limited liability company,
UNITED PARTNERS - CAMPUS LLC, d/b/a Z-Ultimate Self Defense Studios, a California
limited liability company,
UNITED PARTNERS - CARLSBAD LLC, d/b/a Z-Ultimate Self Defense Studios, a California
limited liability company,
UNITED PARTNERS - CARMEL MOUNTAIN LLC, d/b/a Z-Ultimate Self Defense Studios, a
California limited liability company,
UNITED PARTNERS - CHINO HILLS, LLC, d/b/a Z-Ultimate Self Defense Studios, a
California limited liability company,
UNITED PARTNERS - CLAIREMONT, LLC, d/b/a Z-Ultimate Self Defense Studios, a
California limited liability company,
UNITED PARTNERS - CORONA LLC, d/b/a Z-Ultimate Self Defense Studios, a California
limited liability company,
UNITED PARTNERS - CYPRESS LLC, d/b/a Z-Ultimate Self Defense Studios, a California
limited liability company,
UNITED PARTNERS - DANVILLE LLC, d/b/a Z-Ultimate Self Defense Studios, a California

limited liability company,

UNITED PARTNERS - DUBLIN LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,

UNITED PARTNERS - ENCINO LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,

UNITED PARTNERS - ESCONDIDO LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,

UNITED PARTNERS - FALLBROOK LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,

UNITED PARTNERS - HACIENDA HEIGHTS LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,

UNITED PARTNERS - LA CANADA LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,

UNITED PARTNERS - LA JOLLA LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,

UNITED PARTNERS - LA MIRADA LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,

UNITED PARTNERS - LAGUNA NIGUEL LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,

UNITED PARTNERS - LAKEWOOD LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,

UNITED PARTNERS - LAYTON LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,

UNITED PARTNERS - LONG BEACH LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,

UNITED PARTNERS - MARINA DEL REY LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,

UNITED PARTNERS - MIRA MESA LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,

UNITED PARTNERS - MURRIETA LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,

UNITED PARTNERS - NORWALK LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,

UNITED PARTNERS - ORANGE HILLS, LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,

UNITED PARTNERS - POINT LOMA LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,

UNITED PARTNERS - PORTOLA HILLS LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,

UNITED PARTNERS - POWAY LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,

UNITED PARTNERS - RANCHO CUCAMONGA LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,

UNITED PARTNERS - REDONDO BEACH LLC, d/b/a Z-Ultimate Self Defense Studios, a

California limited liability company,
UNITED PARTNERS - SAN MATEO LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,
UNITED PARTNERS - SOUTH OGDEN LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,
UNITED PARTNERS - STUDIO CITY LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,
UNITED PARTNERS - THOUSAND OAKS LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,
UNITED PARTNERS - TIERRASANTA LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,
UNITED PARTNERS - VALENCIA LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,
UNITED PARTNERS - VILLA PARK LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,
UNITED PARTNERS - VISTA LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company, and
UNITED PARTNERS - WESTWOOD LLC, d/b/a Z-Ultimate Self Defense Studios, a California limited liability company,

Defendants.

---

## ORDER

---

Pending before me is the **Plaintiffs' Unopposed Motion for Status Conference** [Doc. # 87] (the "Motion"). The parties appeared this afternoon for a status conference. Consistent with matters discussed at the status conference,

IT IS ORDERED:

(1)     The Motion [Doc. # 87] is GRANTED.

(2)     The discovery cut-off, dispositive motions deadline, and expert disclosure deadlines previously set are VACATED.

(3)     The parties shall file a status report within ten days after any ruling by the district judge on the pending Motion for Conditional Collective Action Certification [Doc. # 62]

6

addressing the effect of that ruling on the case; identifying any additional pretrial matters which the parties believe should be scheduled; and requesting a supplemental scheduling conference, if appropriate.

(4)     The parties shall move, on or before December 18, 2014, for an order vacating and/or resetting the Trial Preparation Conference and Final Pretrial Conference and the trial.

Dated December 10, 2014.

BY THE COURT:

 s/ Boyd N. Boland                          
United States Magistrate Judge

7