**THE CONSTRUCTION LAW GROUP AT LEE & ASSOCIATES, LLC**
1444 Blake Street Denver, CO 80202
Telephone: 303-291-0733    Facsimile: 303-291-0530
TAX ID # 20-5056259

Gleason Wells, PC
Coren Hinkle
1615 California
Suite 616
Denver  CO  80202

Page: 1
January 07, 2015
Account No:    3683M
Statement No:    2914

Zach Geiger et. A. vs. Z-Ultimate Self Defense Studios, LLC
Case No. 14 CV 00240-REB-BNB
United States District Court, District of Colorado

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 01/07/2015 | Expert report preparation / flat fee | 3,000.00 |
| | Total Expenses | 3,000.00 |
| | Total Fees and Expenses | 3,000.00 |
| | Balance Due | $3,000.00 |