IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-00240-REB-NYW | Date: | March 2, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Attorney(s)* |
|---|---|
| ZACH GEIGER,<br>ROBERT ABELARDO,<br>ADAM GOLDSTEIN,<br>RYAN KING,<br><br>**Plaintiffs,**<br><br>v.<br><br>Z-ULTIMATE SELF DEFENSE STUDIOS LLC,<br>PAUL TAYLOR,<br>KRIS ESZLINGER,<br>FRANK LEY,<br>HANS PROSCH,<br>MASTERS UNITED 11, LLC,<br>KATA 7, LLC,<br>Z-ULTIMATE MARTIAL ARTS SUPPLIES LLC,<br>Z-ULTIMATE SPECIALIZED ACCOUNTING LLC,<br>Z-ULTIMATE UNIVERSITY OF MARTIAL ARTS PROFESSIONALS LLC,<br>Z-ULTIMATE SULF DEFENSE STUDIOS,<br>MASTERS UNITED I LLC,<br>MASTERS UNITED 12 LLC,<br>MASTERS UNITED III LLC,<br>MASTERS UNITED V LLC,<br>Z-ULTIMATE EVENTS LLC,<br>A L MARTIAL ARTS, INC.,<br>WLC MANAGEMENT, INC.,<br>MASTERS UNITED VI LLC,<br>MASTERS UNITED 8 LLC,<br>MASTERS UNITED 15 LLC,<br>UNITED PARTNERS – BROOMFIELD LLC,<br>UNITED PARTNERS – CENTENNIAL LLC,<br>UNITED PARTNERS – CHICAGO #4 LLC,<br>UNITED PARTNERS – COLORADO SPRINGS 1 LLC,<br>UNITED PARTNERS – DENVER LLC,<br>UNITED PARTNERS – DENVER SOUTH LLC, | *Christopher Barr Davlin*<br>*Coren Ray Hinkle*<br><br><br><br><br><br><br><br>*Thomas Edward Francis*<br>*John Patrick Glenn* |

UNITED PARTNERS – FORT COLLINS LLC,
UNITED PARTNERS – GLENVIEW LLC,
UNITED PARTNERS – HIGHLANDS RANCH LLC,
UNITED PARTNERS – HIGHLANDS RANCH 2 LLC,
UNITED PARTNERS – KANSAS CITY #3 LLC,
UNITED PARTNERS – KANSAS CITY 1 LLC,
UNITED PARTNERS – KANSAS CITY #4 LLC,
UNITED PARTNERS – KEN CARYLE LLC,
UNITED PARTNERS – LAFAYETTE LLC,
UNITED PARTNERS – LAKEWOOD LLC,
UNITED PARTNERS – LEAWOOD LLC,
UNITED PARTNERS – LITTLETON LLC,
UNITED PARTNERS – LONGMONT LLC,
UNITED PARTNERS – OLATHE LLC,
UNITED PARTNERS – OVERLAND PARK NORTH LLC,
UNITED PARTNERS – OVERLAND PARK SOUTH LLC,
UNITED PARTNERS – PARKER LLC,
UNITED PARTNERS – SKOKIE LLC,
UNITED PARTNERS – SMOKEY HILL LLC,
UNITED PARTNERS – THORNTON LLC,
UNITED PARTNERS – WEST ARVADA LLC,
UNITED PARTNERS – WESTMINSTER LLC,
UNITED PARTNERS – WHEAT RIDGE LLC,
Z-ULTIMATE COLORADO SPRINGS,
Z-ULTIMATE DENVER,
Z-ULTIMATE HIGHLANDS RANCH EAST,
Z-ULTIMATE PARKER,
Z-ULTIMATE SMOKEY HILLS,
WILLIAM CLARK,

           **Defendants.**

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 1:37 p.m.

Appearance of counsel.

Argument held on Plaintiffs' Renewed Motion to Compel Discovery, Second Motion to Compel Discovery, and Motion for Sanctions and Contempt of Court [68] filed on September 26, 2014.

For the reasons stated on the record, it is

**ORDERED: Defendants shall provide a Notice of Representation, identifying all parties whom counsel represents, on or before March 9, 2015.**

**ORDERED: Plaintiffs' Renewed Motion to Compel Discovery, Second Motion to Compel Discovery, and Motion for Sanctions and Contempt of Court [68] is TAKEN UNDER ADVISEMENT.**

Court in Recess:  4:33 p.m.    Hearing concluded.    Total time in Court:    02:56