IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-00240-REB-NYW | Date: | May 20, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Attorney(s)* |
|---|---|
| ZACH GEIGER,<br>ROBERT ABELARDO,<br>ADAM GOLDSTEIN,<br>RYAN KING, | *Christopher Barr Davlin*<br>*Coren Ray Hinkle* |
| **Plaintiffs,** | |
| v. | |
| Z-ULTIMATE SELF DEFENSE STUDIOS LLC,<br>PAUL TAYLOR,<br>KRIS ESZLINGER,<br>FRANK LEY,<br>HANS PROSCH,<br>MASTERS UNITED 11, LLC,<br>KATA 7, LLC,<br>Z-ULTIMATE MARTIAL ARTS SUPPLIES LLC,<br>Z-ULTIMATE SPECIALIZED ACCOUNTING LLC,<br>Z-ULTIMATE UNIVERSITY OF MARTIAL ARTS PROFESSIONALS LLC,<br>Z-ULTIMATE SULF DEFENSE STUDIOS,<br>MASTERS UNITED I LLC,<br>MASTERS UNITED 12 LLC,<br>MASTERS UNITED III LLC,<br>MASTERS UNITED V LLC,<br>Z-ULTIMATE EVENTS LLC,<br>A L MARTIAL ARTS, INC.,<br>WLC MANAGEMENT, INC.,<br>MASTERS UNITED VI LLC,<br>MASTERS UNITED 8 LLC,<br>MASTERS UNITED 15 LLC,<br>UNITED PARTNERS – BROOMFIELD LLC,<br>UNITED PARTNERS – CENTENNIAL LLC,<br>UNITED PARTNERS – CHICAGO #4 LLC,<br>UNITED PARTNERS – COLORADO SPRINGS 1 LLC,<br>UNITED PARTNERS – DENVER LLC,<br>UNITED PARTNERS – DENVER SOUTH LLC, | *Thomas Edward Francis*<br>*John Patrick Glenn* |

UNITED PARTNERS – FORT COLLINS LLC,
UNITED PARTNERS – GLENVIEW LLC,
UNITED PARTNERS – HIGHLANDS RANCH LLC,
UNITED PARTNERS – HIGHLANDS RANCH 2 LLC,
UNITED PARTNERS – KANSAS CITY #3 LLC,
UNITED PARTNERS – KANSAS CITY 1 LLC,
UNITED PARTNERS – KANSAS CITY #4 LLC,
UNITED PARTNERS – KEN CARYLE LLC,
UNITED PARTNERS – LAFAYETTE LLC,
UNITED PARTNERS – LAKEWOOD LLC,
UNITED PARTNERS – LEAWOOD LLC,
UNITED PARTNERS – LITTLETON LLC,
UNITED PARTNERS – LONGMONT LLC,
UNITED PARTNERS – OLATHE LLC,
UNITED PARTNERS – OVERLAND PARK NORTH LLC,
UNITED PARTNERS – OVERLAND PARK SOUTH LLC,
UNITED PARTNERS – PARKER LLC,
UNITED PARTNERS – SKOKIE LLC,
UNITED PARTNERS – SMOKEY HILL LLC,
UNITED PARTNERS – THORNTON LLC,
UNITED PARTNERS – WEST ARVADA LLC,
UNITED PARTNERS – WESTMINSTER LLC,
UNITED PARTNERS – WHEAT RIDGE LLC,
Z-ULTIMATE COLORADO SPRINGS,
Z-ULTIMATE DENVER,
Z-ULTIMATE HIGHLANDS RANCH EAST,
Z-ULTIMATE PARKER,
Z-ULTIMATE SMOKEY HILLS,
WILLIAM CLARK,
UNITED PARTNERS – COLORADO #1 LLC,
UNITED PARTNERS – COLORADO #2 LLC,
UNITED PARTNERS – COLORADO #3 LLC,
UNITED PARTNERS – COLORADO #4 LLC,
UNITED PARTNERS – LOVELAND LLC,
UNITED PARTNERS – VALENCIA LLC,
UNITED PARTNERS – VILLA PARK LLC,
UNITED PARTNERS – VISTA LLC,
UNITED PARTNERS – WESTWOOD LLC,
UNITED PARTNERS – CHICAGO #2 LLC,
UNITED PARTNERS – LAYTON LLC,
UNITED PARTNERS – SANDY LLC,
UNITED PARTNERS – SOUTH JORDAN LLC,
UNITED PARTNERS – SOUTH OGDEN LLC,
UNITED PARTNERS – UTAH LLC,
UNITED PARTNERS – WEST JORDAN LLC,

UNITED PARTNERS – CHANDLER LLC,
UNITED PARTNERS – SCOTTSDALE 1 LLC,
UNITED PARTNERS – GRAYHAWK LLC,
UNITED PARTNERS – SCOTTSDALE 2 LLC,
UNITED PARTNERS – TEMPE LLC,
UNITED PARTNERS – BALLARD LLC,
UNITED PARTNERS – BELLEVUE,
UNITED PARTNERS – KENT LLC,
UNITED PARTNERS – KIRKLAND,
UNITED PARTNERS – MERCER ISLAND LLC,
UNITED PARTNERS – MILL CREEK LLC,
UNITED PARTNERS – REDMOND LLC,
UNITED PARTNERS – AGOURA HILLS LLC,
UNITED PARTNERS – ANAHEIM HILLS LLC,
UNITED PARTNERS – BRANFORD LLC,
UNITED PARTNERS – CAMPUS LLC,
UNITED PARTNERS – CARLSBAD LLC,
UNITED PARTNERS – CAMEL MOUNTAIN LLC,
UNITED PARTNERS – CHINO HILLS LLC,
UNITED PARTNERS – CLAIREMONT LLC,
UNITED PARTNERS – CORONA LLC,
UNITED PARTNERS – CYPRESS LLC,
UNITED PARTNERS – DANVILLE LLC,
UNITED PARTNERS – DUBLIN LLC,
UNITED PARTNERS – ENCINO LLC,
UNITED PARTNERS – ESCONDIDO LLC,
UNITED PARTNERS – FALLBROOK LLC,
UNITED PARTNERS – HACIENDA HEIGHTS LLC,
UNITED PARTNERS – LA CANADA LLC,
UNITED PARTNERS – LA JOLLA LLC,
UNITED PARTNERS – LA MIRADA,
UNITED PARTNERS – LAGUNA NIGUEL LLC,
UNITED PARTNERS – LAYTON LLC,
UNITED PARTNERS – LONG BEACH LLC,
UNITED PARTNERS – LAKEWOOD LLC,
UNITED PARTNERS – MARINA DEL RAY LLC,
UNITED PARTNERS – MIRA MESA LLC,
UNITED PARTNERS – MURRIETA LLC,
UNITED PARTNERS – NORWALK LLC,
UNITED PARTNERS – ORANGE HILLS LLC,
UNITED PARTNERS – POINT LOMA LLC,
UNITED PARTNERS – PORTOLA HILLS LLC,
UNITED PARTNERS – POWAY LLC,
UNITED PARTNERS – RANCHO CUCAMONGA LLC,
UNITED PARTNERS – REDONDO BEACH LLC,

UNITED PARTNERS – SAN MATEO LLC,
UNITED PARTNERS – SOUTH OGDEN LLC,
UNITED PARTNERS – STUDIO CITY LLC,
UNITED PARTNERS – THOUSAND OAKS LLC,
UNITED PARTNERS SOUTH OGDEN LLC,
UNITED PARTNERS – ENCINO LLC,
UNITED PARTNERS – SAN MATEO LLC,
UNITED PARTNERS – TIERRASANTA LLC,
UNITED PARTNERS – WEST JORDAN LLC,
UNITED PARTNERS – TIERRASANTA LLC,

**Defendants.**

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 3:34 p.m.

Appearance of counsel.

Discussion held on Motion to Quash Subpoena Duces Tecum [134], filed May 1, 2015. No protective order is currently in place.

For the reasons stated on the record, it is

**ORDERED: Motion to Quash Subpoena Duces Tecum [134] is GRANTED, with separate Order to issue. The Court shall issue instructions regarding handling of personal identifying information, but until such Order is issued, the Parties will maintain all disclosed information as outside counsel eyes only. Parties shall meet and confer regarding a Protective Order.**

Argument held on Plaintiffs' Motion for Discovery Sanctions [114] filed on April 3, 2015.

For the reasons stated on the record, it is

**ORDERED: Plaintiffs' Motion for Discovery Sanctions [114] is TAKEN UNDER ADVISEMENT.**

Argument held on Plaintiffs' 3rd Motion to Compel [131] filed on April 29, 2015.

To obtain a transcript of this hearing, contact Avery Woods at (303) 825-6119.

For the reasons stated on the record, it is

**ORDERED: Plaintiffs' 3rd Motion to Compel [131] is TAKEN UNDER ADVISEMENT.**

**ORDERED: Parties shall file a formal supplement to discovery responses, including certification, and a proposed Protective Order on or before June 3, 2015. Separate order to issue.**

Court in Recess:  5:06 p.m.    Hearing concluded.    Total time in Court:    01:32

To obtain a transcript of this hearing, contact Avery Woods at (303) 825-6119.