**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00240-REB-NYW

ZACH GEIGER,
ROBERT ABELARDO,
ADAM GOLDSTEIN, and
RYAN KING,

      Plaintiffs,

v.

Z-ULTIMATE SELF DEFENSE STUDIOS, LLC, a California limited liability company, et al.,

      Defendants.
_____

**ORDER APPROVING STIPULATION**
_____

**Blackburn, J.**

The matter is before me on the **Stipulation To Join Additional Defendants Pursuant to F.R.C.P. 20, Joinder of Parties** [#161][1] filed July 16, 2015.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved. The address of each added defendant is specified in the stipulation [#161].

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Join Additional Defendants Pursuant to F.R.C.P. 20, Joinder of Parties** is approved;

2. That the following thirteen (13) Z-Ultimate Enterprise entities located in Utah, California, and Colorado are joined as additional defendants to this action:

---

[1] "[#161]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

    a. United Partners Castle Rock LLC d/b/a Z-Ultimate Self Defense Studios;

    b. Ultimate Partners Fort Collins LLC d/b/a Z-Ultimate Self Defense Studios;

    c. Ultimate Partners Glenview LLC d/b/a Z-Ultimate Self Defense Studios;

    d. Ultimate Partners Colo Springs 2 LLC d/b/a Z-Ultimate Self Defense Studios;

    e. Ultimate Partners Provo LLC d/b/a Z-Ultimate Self Defense Studios;

    f. Ultimate Partners Boulder LLC d/b/a Z-Ultimate Self Defense Studios;

    g. Ultimate Partners Arvada LLC d/b/a Z-Ultimate Self Defense Studios;

    h. Ultimate Partners Colorado Springs 1 LLC d/b/a Z-Ultimate Self Defense Studios;

    i. Ultimate Partners South Ogden d/b/a Z-Ultimate Self Defense Studios;

    j. Ultimate Partners West Jordan d/b/a Z-Ultimate Self Defense Studios;

    k. Z-Masters Development Group 1 LLC;

    l. Master United 12 LLC; and

    m. Zen Combat International LLC; and

3. That the case caption shall be amended accordingly.

Dated August 6, 2015, at Denver, Colorado.

                              **BY THE COURT:**

                              */s/ Robert E. Blackburn*
                              Robert E. Blackburn
                              United States District Judge