IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-00240-REB-NYW | Date: | January 7, 2016 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204* |

| Parties | Attorney(s) |
|---|---|
| ZACH GEIGER,<br>ROBERT ABELARDO,<br>ADAM GOLDSTEIN,<br>RYAN KING,<br><br>**Plaintiffs,**<br><br>v.<br><br>MASTER UNITED 12, LLC,<br>ULTIMATE PARTNERS ARVADA, LLC,<br>ULTIMATE PARTNERS BOULDER, LLC,<br>ULTIMATE PARTNERS COLO SPRINGS 2, LLC,<br>ULTIMATE PARTNERS COLO SPRINGS 1, LLC,<br>ULTIMATE PARTNERS FOR COLLINS, LLC,<br>ULTIMATE PARTNERS GLENVIEW, LLC,<br>ULTIMATE PARTNERS PROVO, LLC,<br>ULTIMATE PARTNERS SOUTH OGDEN,<br>ULTIMATE PARTNERS WEST JORDAN,<br>UNITED PARTNERS CASTLE ROCK, LLC,<br>Z-MASTERS DEVELOPMENT GROUP 1, LLC,<br>ZEN COMBAT INTERNATIONAL,<br>Z-ULTIMATE SELF DEFENSE STUDIOS LLC,<br>PAUL TAYLOR,<br>KRIS ESZLINGER,<br>FRANK LEY,<br>HANS PROSCH,<br>MASTERS UNITED 11, LLC,<br>KATA 7, LLC,<br>Z-ULTIMATE MARTIAL ARTS SUPPLIES LLC,<br>Z-ULTIMATE SPECIALIZED ACCOUNTING LLC,<br>Z-ULTIMATE UNIVERSITY OF MARTIAL ARTS PROFESSIONALS LLC,<br>Z-ULTIMATE SULF DEFENSE STUDIOS,<br>MASTERS UNITED I LLC,<br>MASTERS UNITED 12 LLC,<br>MASTERS UNITED III LLC, | *Christopher Barr Davlin*<br>*Coren Ray Hinkle*<br><br><br><br><br><br><br><br>*Thomas Edward Francis*<br>*John Patrick Glenn* |

MASTERS UNITED V LLC,
Z-ULTIMATE EVENTS LLC,
A L MARTIAL ARTS, INC.,
WLC MANAGEMENT, INC.,
MASTERS UNITED VI LLC,
MASTERS UNITED 8 LLC,
MASTERS UNITED 15 LLC,
UNITED PARTNERS – BROOMFIELD LLC,
UNITED PARTNERS – CENTENNIAL LLC,
UNITED PARTNERS – CHICAGO #4 LLC,
UNITED PARTNERS – COLORADO SPRINGS 1 LLC,
UNITED PARTNERS – DENVER LLC,
UNITED PARTNERS – DENVER SOUTH LLC,
UNITED PARTNERS – FORT COLLINS LLC,
UNITED PARTNERS – GLENVIEW LLC,
UNITED PARTNERS – HIGHLANDS RANCH LLC,
UNITED PARTNERS – HIGHLANDS RANCH 2 LLC,
UNITED PARTNERS – KANSAS CITY #3 LLC,
UNITED PARTNERS – KANSAS CITY 1 LLC,
UNITED PARTNERS – KANSAS CITY #4 LLC,
UNITED PARTNERS – KEN CARYLE LLC,
UNITED PARTNERS – LAFAYETTE LLC,
UNITED PARTNERS – LAKEWOOD LLC,
UNITED PARTNERS – LEAWOOD LLC,
UNITED PARTNERS – LITTLETON LLC,
UNITED PARTNERS – LONGMONT LLC,
UNITED PARTNERS – OLATHE LLC,
UNITED PARTNERS – OVERLAND PARK NORTH LLC,
UNITED PARTNERS – OVERLAND PARK SOUTH LLC,
UNITED PARTNERS – PARKER LLC,
UNITED PARTNERS – SKOKIE LLC,
UNITED PARTNERS – SMOKEY HILL LLC,
UNITED PARTNERS – THORNTON LLC,
UNITED PARTNERS – WEST ARVADA LLC,
UNITED PARTNERS – WESTMINSTER LLC,
UNITED PARTNERS – WHEAT RIDGE LLC,
Z-ULTIMATE COLORADO SPRINGS,
Z-ULTIMATE DENVER,
Z-ULTIMATE HIGHLANDS RANCH EAST,
Z-ULTIMATE PARKER,
Z-ULTIMATE SMOKEY HILLS,
WILLIAM CLARK,
UNITED PARTNERS – COLORADO #1 LLC,
UNITED PARTNERS – COLORADO #2 LLC,
UNITED PARTNERS – COLORADO #3 LLC,
UNITED PARTNERS – COLORADO #4 LLC,
UNITED PARTNERS – LOVELAND LLC,

UNITED PARTNERS – VALENCIA LLC,
UNITED PARTNERS – VILLA PARK LLC,
UNITED PARTNERS – VISTA LLC,
UNITED PARTNERS – WESTWOOD LLC,
UNITED PARTNERS – CHICAGO #2 LLC,
UNITED PARTNERS – LAYTON LLC,
UNITED PARTNERS – SANDY LLC,
UNITED PARTNERS – SOUTH JORDAN LLC,
UNITED PARTNERS – SOUTH OGDEN LLC,
UNITED PARTNERS – UTAH LLC,
UNITED PARTNERS – WEST JORDAN LLC,
UNITED PARTNERS – CHANDLER LLC,
UNITED PARTNERS – SCOTTSDALE 1 LLC,
UNITED PARTNERS – GRAYHAWK LLC,
UNITED PARTNERS – SCOTTSDALE 2 LLC,
UNITED PARTNERS – TEMPE LLC,
UNITED PARTNERS – BALLARD LLC,
UNITED PARTNERS – BELLEVUE,
UNITED PARTNERS – KENT LLC,
UNITED PARTNERS – KIRKLAND,
UNITED PARTNERS – MERCER ISLAND LLC,
UNITED PARTNERS – MILL CREEK LLC,
UNITED PARTNERS – REDMOND LLC,
UNITED PARTNERS – AGOURA HILLS LLC,
UNITED PARTNERS – ANAHEIM HILLS LLC,
UNITED PARTNERS – BRANFORD LLC,
UNITED PARTNERS – CAMPUS LLC,
UNITED PARTNERS – CARLSBAD LLC,
UNITED PARTNERS – CAMEL MOUNTAIN LLC,
UNITED PARTNERS – CHINO HILLS LLC,
UNITED PARTNERS – CLAIREMONT LLC,
UNITED PARTNERS – CORONA LLC,
UNITED PARTNERS – CYPRESS LLC,
UNITED PARTNERS – DANVILLE LLC,
UNITED PARTNERS – DUBLIN LLC,
UNITED PARTNERS – ENCINO LLC,
UNITED PARTNERS – ESCONDIDO LLC,
UNITED PARTNERS – FALLBROOK LLC,
UNITED PARTNERS – HACIENDA HEIGHTS LLC,
UNITED PARTNERS – LA CANADA LLC,
UNITED PARTNERS – LA JOLLA LLC,
UNITED PARTNERS – LA MIRADA,
UNITED PARTNERS – LAGUNA NIGUEL LLC,
UNITED PARTNERS – LAYTON LLC,
UNITED PARTNERS – LONG BEACH LLC,
UNITED PARTNERS – LAKEWOOD LLC,
UNITED PARTNERS – MARINA DEL RAY LLC,

UNITED PARTNERS – MIRA MESA LLC,
UNITED PARTNERS – MURRIETA LLC,
UNITED PARTNERS – NORWALK LLC,
UNITED PARTNERS – ORANGE HILLS LLC,
UNITED PARTNERS – POINT LOMA LLC,
UNITED PARTNERS – PORTOLA HILLS LLC,
UNITED PARTNERS – POWAY LLC,
UNITED PARTNERS – RANCHO CUCAMONGA LLC,
UNITED PARTNERS – REDONDO BEACH LLC,
UNITED PARTNERS – SAN MATEO LLC,
UNITED PARTNERS – STUDIO CITY LLC,
UNITED PARTNERS – THOUSAND OAKS LLC,
UNITED PARTNERS SOUTH OGDEN LLC,
UNITED PARTNERS – ENCINO LLC,
UNITED PARTNERS – TIERRASANTA LLC,
ULTIMATE PARTNERS ARVADA, LLC,
ULTIMATE PARTNERS BOULDER, LLC,
ULTIMATE PARTNERS COLORADO SPRINGS 2, LLC,
ULTIMATE PARTNERS COLORADO SPRINGS 1, LLC,
ULTIMATE PARTNERS FORT COLLINS, LLC,
ULTIMATE PARTNERS GLENVIEW, LLC,
ULTIMATE PARTNERS PROVO, LLC,
ULTIMATE PARTNERS SOUTH OGDEN,
ULTIMATE PARTNERS WEST JORDAN,
UNITED PARTNERS CASTLE ROCK, LLC,
Z-MASTERS DEVELOPMENT GROUP 1, LLC,
ZEN COMBAT INTERNATIONAL,

**Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

Court in Session: 1:32 p.m.

Appearance of counsel.

Discussion and argument held on Plaintiffs' Motion for Rule 37(b)(2) Sanctions [188], filed November 13, 2015.

**ORDERED: Plaintiffs' Motion for Rule 37(b)(2) Sanctions [188] is ARGUED, SUBMITTED, and TAKEN UNDER ADVISEMENT.**

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.

Discussion and argument held on Defendants' Motion to Compel [199], filed November 16, 2015.

**ORDERED: Defendants' Motion to Compel [199] is ARGUED, SUBMITTED, and TAKEN UNDER ADVISEMENT.**

**ORDERED: All documents anticipated to be used in depositions, for any purpose, shall be produced in advance of such deposition.**

Discussion held on Plaintiffs' Motion for Discovery Sanctions and to Reopen Limited Expert Disclosures [202] filed December 4, 2015.

**ORDERED: Plaintiffs' Motion for Discovery Sanctions and to Reopen Limited Expert Disclosures [202] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

 Court in Recess:  2:36 p.m.          Hearing concluded.          Total time in Court:   01:04

\* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.