IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-00240-REB-NYW | Date: | May 3, 2016 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204* |

| *Parties* | *Attorney(s)* |
|---|---|
| ZACH GEIGER,<br>ROBERT ABELARDO,<br>ADAM GOLDSTEIN,<br>RYAN KING, | *Christopher Barr Davlin*<br>*Coren Ray Hinkle*<br>*Claire E. Munger*<br>*Todd Allen Wells* |

**Plaintiffs,**

v.

Z-ULTIMATE SELF DEFENSE STUDIOS LLC,    *Thomas Edward Francis*
PAUL TAYLOR,
KRIS ESZLINGER,
FRANK LEY,
HANS PROSCH,
MASTERS UNITED 11, LLC,
KATA 7, LLC,
Z-ULTIMATE MARTIAL ARTS SUPPLIES LLC,
Z-ULTIMATE SPECIALIZED ACCOUNTING LLC,
Z-ULTIMATE UNIVERSITY OF MARTIAL ARTS PROFESSIONALS LLC,
Z-ULTIMATE SULF DEFENSE STUDIOS,
MASTERS UNITED I LLC,
MASTERS UNITED 12 LLC,
MASTERS UNITED III LLC,
MASTERS UNITED V LLC,
UNITED PARTNERS CASTLE ROCK, LLC,
Z-ULTIMATE EVENTS LLC,
A L MARTIAL ARTS, INC.,
WLC MANAGEMENT, INC.,
MASTERS UNITED VI LLC,
MASTERS UNITED 8 LLC,
MASTERS UNITED 15 LLC,
UNITED PARTNERS – BROOMFIELD LLC,
UNITED PARTNERS – CENTENNIAL LLC,
UNITED PARTNERS – CHICAGO #4 LLC,
UNITED PARTNERS – COLORADO SPRINGS 1 LLC,

UNITED PARTNERS – DENVER LLC,
UNITED PARTNERS – DENVER SOUTH LLC,
UNITED PARTNERS – FORT COLLINS LLC,
UNITED PARTNERS – GLENVIEW LLC,
UNITED PARTNERS – HIGHLANDS RANCH LLC,
UNITED PARTNERS – HIGHLANDS RANCH 2 LLC,
UNITED PARTNERS – KANSAS CITY #3 LLC,
UNITED PARTNERS – KANSAS CITY 1 LLC,
UNITED PARTNERS – KANSAS CITY #4 LLC,
UNITED PARTNERS – KEN CARYLE LLC,
UNITED PARTNERS – LAFAYETTE LLC,
UNITED PARTNERS – LAKEWOOD LLC,
UNITED PARTNERS – LEAWOOD LLC,
UNITED PARTNERS – LITTLETON LLC,
UNITED PARTNERS – LONGMONT LLC,
UNITED PARTNERS – OLATHE LLC,
UNITED PARTNERS – OVERLAND PARK NORTH LLC,
UNITED PARTNERS – OVERLAND PARK SOUTH LLC,
UNITED PARTNERS – PARKER LLC,
UNITED PARTNERS – SKOKIE LLC,
UNITED PARTNERS – SMOKEY HILL LLC,
UNITED PARTNERS – THORNTON LLC,
UNITED PARTNERS – WEST ARVADA LLC,
UNITED PARTNERS – WESTMINSTER LLC,
UNITED PARTNERS – WHEAT RIDGE LLC,
Z-ULTIMATE COLORADO SPRINGS,
Z-ULTIMATE DENVER,
Z-ULTIMATE HIGHLANDS RANCH EAST,
Z-ULTIMATE PARKER,
Z-ULTIMATE SMOKEY HILLS,
WILLIAM CLARK,
UNITED PARTNERS – COLORADO #1 LLC,
UNITED PARTNERS – COLORADO #2 LLC,
UNITED PARTNERS – COLORADO #3 LLC,
UNITED PARTNERS – COLORADO #4 LLC,
UNITED PARTNERS – LOVELAND LLC,
UNITED PARTNERS – VALENCIA LLC,
UNITED PARTNERS – VILLA PARK LLC,
UNITED PARTNERS – VISTA LLC,
UNITED PARTNERS – WESTWOOD LLC,
UNITED PARTNERS – CHICAGO #2 LLC,
UNITED PARTNERS – LAYTON LLC,
UNITED PARTNERS – SANDY LLC,
UNITED PARTNERS – SOUTH JORDAN LLC,
UNITED PARTNERS – SOUTH OGDEN LLC,
UNITED PARTNERS – UTAH LLC,
UNITED PARTNERS – WEST JORDAN LLC,

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.

UNITED PARTNERS – CHANDLER LLC,
UNITED PARTNERS – SCOTTSDALE 1 LLC,
UNITED PARTNERS – GRAYHAWK LLC,
UNITED PARTNERS – SCOTTSDALE 2 LLC,
UNITED PARTNERS – TEMPE LLC,
UNITED PARTNERS – BALLARD LLC,
UNITED PARTNERS – BELLEVUE,
UNITED PARTNERS – KENT LLC,
UNITED PARTNERS – KIRKLAND,
UNITED PARTNERS – MERCER ISLAND LLC,
UNITED PARTNERS – MILL CREEK LLC,
UNITED PARTNERS – REDMOND LLC,
UNITED PARTNERS – AGOURA HILLS LLC,
UNITED PARTNERS – ANAHEIM HILLS LLC,
UNITED PARTNERS – BRANFORD LLC,
UNITED PARTNERS – CAMPUS LLC,
UNITED PARTNERS – CARLSBAD LLC,
UNITED PARTNERS – CAMEL MOUNTAIN LLC,
UNITED PARTNERS – CHINO HILLS LLC,
UNITED PARTNERS – CLAIREMONT LLC,
UNITED PARTNERS – CORONA LLC,
UNITED PARTNERS – CYPRESS LLC,
UNITED PARTNERS – DANVILLE LLC,
UNITED PARTNERS – DUBLIN LLC,
UNITED PARTNERS – ENCINO LLC,
UNITED PARTNERS – ESCONDIDO LLC,
UNITED PARTNERS – FALLBROOK LLC,
UNITED PARTNERS – HACIENDA HEIGHTS LLC,
UNITED PARTNERS – LA CANADA LLC,
UNITED PARTNERS – LA JOLLA LLC,
UNITED PARTNERS – LA MIRADA,
UNITED PARTNERS – LAGUNA NIGUEL LLC,
UNITED PARTNERS – LAYTON LLC,
UNITED PARTNERS – LONG BEACH LLC,
UNITED PARTNERS – LAKEWOOD LLC,
UNITED PARTNERS – MARINA DEL RAY LLC,
UNITED PARTNERS – MIRA MESA LLC,
UNITED PARTNERS – MURRIETA LLC,
UNITED PARTNERS – NORWALK LLC,
UNITED PARTNERS – ORANGE HILLS LLC,
UNITED PARTNERS – POINT LOMA LLC,
UNITED PARTNERS – PORTOLA HILLS LLC,
UNITED PARTNERS – POWAY LLC,
UNITED PARTNERS – RANCHO CUCAMONGA LLC,
UNITED PARTNERS – REDONDO BEACH LLC,
UNITED PARTNERS – SAN MATEO LLC,
UNITED PARTNERS – SOUTH OGDEN LLC,

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.

UNITED PARTNERS – STUDIO CITY LLC,
UNITED PARTNERS – THOUSAND OAKS LLC,
UNITED PARTNERS SOUTH OGDEN LLC,
UNITED PARTNERS – ENCINO LLC,
UNITED PARTNERS – TIERRASANTA LLC,
UNITED PARTNERS – TIERRASANTA LLC,
ULTIMATE PARTNERS ARVADA, LLC,
ULTIMATE PARTNERS BOULDER, LLC,
ULTIMATE PARTNERS COLO SPRINGS 2 LLC,
ULTIMATE PARTNERS COLORADO SPRINGS 1 LLC,
ULTIMATE PARTNERS FORT COLLINS, LLC,
ULTIMATE PARTNERS GLENVIEW, LLC,
ULTIMATE PARTNERS PROVO, LLC,
ULTIMATE PARTNERS SOUTH OGDEN,
ULTIMATE PARTNERS WEST JORDAN,
Z-MASTERS DEVELOPMENT GROUP 1, LLC,
ZEN COMBAT INTERNATIONAL,

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

### MOTIONS HEARING

Court in Session: 2:02 p.m.

Appearance of counsel.

Discussion and argument held on Plaintiffs' Motions for Summary Judgment [220] filed February 29, 2016. The demonstratives used by Plaintiffs' shall be attached to these minutes.

**ORDERED: Plaintiffs' Motions for Summary Judgment [220] is deemed ARGUED, SUBMITTED, and TAKEN UNDER ADVISEMENT. The court will issue a separate written recommendation.**

Parties discuss pending discovery motions.

Court in Recess: 2:53 p.m.    Hearing concluded.    Total time in Court: 00:51

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.